

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00004-CR

**JAMES BRIAN PETRIE,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. FAM-11-21096

## O R D E R

The Court disposed of this appeal by issuing its opinion and judgment on March

13, 2013.  The Clerk of this Court is ordered to return the original State's Exhibit 6 to the

trial court clerk as soon as practical.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed March 13, 2014